UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09CR2710-BTM |
| Plaintiff, | |
| v. | ORDER CONTINUING SENTENCING HEARING DATE |
| NANG CHANG, | |
| Defendant. | |

It is hereby **ORDERED** that the sentencing hearing date in this case be continued from the current date of April 16, 2010, at 11:00 a.m., to June 25, 2010, at 10:30 a.m..

DATED: April 9, 2010

_____
Honorable Barry Ted Moskowitz
United States District Judge